## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Rice Lake Contracting Corp., d/b/a
Rice Lake Construction Group,

        Plaintiff,                  Civil No. 09-2619 (RHK/RLE)

vs.

**ORDER**

McBurney Corporation of Georgia, d/b/a
The McBurney Corporation, et al.,

        Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 28, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge