## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Rice Lake Contracting Corp., d/b/a Rice Lake Construction Group, | Civil No. 09-2619 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| McBurney Corporation of Georgia, d/b/a The McBurney Corporation, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation for Dismissal Without Prejudice (Doc. No. 14),

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorneys' fees.


Dated: March 3, 2010                             s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge